# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JAQUELINE TENNANT**

       Plaintiff,

   vs.               **CASE NUMBER:  6:12-CV-1005**

**CAROLYN W. COLVIN**,
Acting Commissioner of
Social Security,

       Defendant.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That the final decision of the Commissioner is REVERSED, and the matter is REMANDED to the defendant for further administrative action,

All of the above pursuant to the Consent Order to Remand, signed by the Honorable FREDERICK J. SCULLIN, JR., United States District Judge, dated the 21st day of February, 2013.

DATED: February 22, 2013

_____
Clerk of Court

_____
Christine Mergenthaler
Deputy Clerk

entered on docket 2/22/13
cm